**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5811 ODW(Ex) | Date | August 26, 2008 |
|---|---|---|---|
| Title | Guru Denim, Inc. v. Ben Pike, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Order Striking Document; Second Order to Show Cause Re Dismissal for Failure to Comply with Court Orders**

On August 19, 2008 this Court issued an Order to Show Cause Re Dismissal [25] for failure to comply with the Court's Scheduling and Case Management Order and Civil Trial Order. The Order to Show Cause required a written response or, as an alternative, the filing of pretrial documents on or before August 25, 2008.

Instead, the parties filed a Stipulation to Continue Trial [26] on August 21, 2008. The stipulation fails to comply with L.R. 52-9 and General Order 08-02, and is therefore ordered STRICKEN from the docket. The stipulation is also non-responsive to the Court's Order to Show Cause Re Dismissal.

Therefore, the parties are again Ordered to Show Cause, in writing, on or before **Friday, August 29, 2008** why this case should not be dismissed for failure to comply with the Court's orders.  As indicated in the Court's first Order to Show Cause, the Court will accept the filing of pretrial documents as an appropriate written response. A hearing on the Second Order to Show Cause will be held at the Pretrial Conference scheduled for Wednesday, September 3, 2008 at 3:00 p.m.

IT IS SO ORDERED.

_____ : 00

Initials of Preparer   RGN