Christopher Q. Pham, Bar No.: 206697
Alexander S. Gareeb, Bar No.: 207473
**GAREEB | PHAM LLP**
707 Wilshire Boulevard, Suite 5300
Los Angeles, California 900017
Telephone: (213) 455-2930
Facsimile:  (213) 455-2940
Email: cpham@gareebpham.com
Email: agareeb@gareebpham.com

Attorneys for Plaintiffs
GURU DENIM, INC.

Kenneth I. Gross, Esq., Bar No.: 117838
**LAW OFFICES OF KENNETH I. GROSS & ASSOC.**
849 S. Broadway, Ste. 504
Los Angeles, CA 90014
Telephone: (213) 627-0218
Facsimile: (213) 623-4628
e-mail: kgross@kigrosslaw.com

Attorneys for Defendant
BEN PIKE

JS-6

# UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> Ben Pike, an Individual, and Does 1-10, Inclusive, <br><br> Defendants. | Case No.:  CV07-5811 ODW (Ex) <br><br> **CONSENT  JUDGMENT AND PERMANENT INJUNCTION** |

///

///

///

1

Plaintiff GURU DENIM, INC. and Defendant BEN PIKE having consented to entry of this Consent Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

Judgment is hereby entered in favor of Plaintiffs and against Defendant on Plaintiff's First Claim for Federal Trademark Infringement [15 *U.S.C.* §1114/*Lanham Act* §43(a)]; on Plaintiff's Second Claim for Federal Copyright Infringement [17 *U.S.C.* §501(a)]; on Plaintiff's Third Claim for False Designation of Origin [15 *U.S.C.* §1125(a)]; on Plaintiff's Fourth Claim for Trademark Dilution [15 *U.S.C.* §1125(c); *California Business & Professions Code* §14330]; on Plaintiff's Fifth Claim for Common Law Copyright Infringement [*California Civil Code* §980]; on Plaintiff's Sixth Claim for Unfair Business Practices [*California Business & Professions Code* §17200]; and on Plaintiff's Seventh Claim for Unjust Enrichment.

## STIPULATED FACTS

Plaintiffs and Defendant, as well as their agents, servants, employees, attorneys, successors and assigns, and all those persons in active concert or participation with them hereby stipulate to the following facts as true and correct:

(a)     Plaintiff owns a registered United States trademark for the "True Religion Brand Jeans World Tour Fashion for the Senses Section Row Seat" label and corresponding artwork under U.S. Reg. No. 2,917,187, registered January 11, 2005.

(b).     Plaintiff owns registered United States trademarks in the pocket stitching pattern that appears on True Religion Brand Jeans pants and the overall stitching pattern on the front of True Religion Brand Jeans pants under U.S. Reg. No. 3,147,244, registered September 16, 2006, and under U.S. Reg. No. 3,219,110, registered March 13, 2007.

/ / /

/ / /

(c).   Plaintiff owns 4 registered United States trademarks in the word mark "True Religion Brand Jeans," (hereinafter, "the Mark) with assorted designs, characters and artwork (hereinafter, "the Designs") under the following registration numbers: U.S. Reg. No. 2,761,793, registered September 9, 2003; U.S. Reg. No. 3,120,797, registered July 25, 2006; U.S. Reg. No. 3,120,798, registered July 25, 2006; U.S. Reg. No. 3,282,490, registered August 21, 2007.

(d).   Plaintiff owns registered United States trademarks in the word mark "True Religion," under U.S. Reg. No. 3,162,615, registered October 24, 2006; and under U.S. Reg. No. 3,162,614, registered October 24, 2006.

(e).   Plaintiff owns two United States Copyrights for the True Religion Brand Jeans Designs under Certificate of Registration number VA 1-192-834, effective date of February 6, 2003, and Certificate of Registration number VA 1-301-845, effective date of April 13, 2005.

(f)   Plaintiff owns an additional United States Copyright in the "truereligionbrandjeans.com" website under Certificate of Registration number TX 6-236-806, effective date of June 1, 2005.

(g)   Plaintiff owns a United States Design Patent for the stitch pattern applied to True Religion Brand Jeans pants under United States Patent No. D547530, issued July 31, 2007.

(h)   Plaintiff also owns registered trademarks in the True Religion Brand Jeans Mark and Designs in the following foreign countries or territories: Canada, United Kingdom, European Union, Germany, Australia, Japan, Korea, Mexico, Colombia, Hong Kong, Korea, Norway, Russia, South Africa and Paraguay.

(i)   Defendant Ben Pike is a registered seller with an online storefront which markets and retails counterfeit True Religion Brand Jeans apparel utilizing the web address of http://www.ebay.com ("Ebay"), the seller identification name of "choicegdz," and the email address of futuregu@ptd.net.

(j)     On August 9, 2007, Defendant sold counterfeit True Religion Brand Jeans denim pants from Defendant's Ebay account bearing Ebay item number 320146071626.

## **PERMANENT INJUNCTION**

Defendant, as well as her agents, servants, employees, attorneys, successors and assigns, and all those persons in active concert or participation with them hereby are permanently enjoined from engaging in, committing, or performing, directly or indirectly, all of the following acts:

a.     using in any manner in connection with Defendant's business or in connection with any other advertising, promotions, solicitations or use for such business, services, or goods bearing the trademarks, trade names, and the Copyrights of Plaintiffs;

b.     performing or allowing any act or thing which is likely to injure Plaintiffs' business reputation or good will;

c.     engaging in federal or state copyright and trademark infringement, false designation of origin, unfair competition, and dilution by tarnishment, which would damage or injure Plaintiffs; and

d.     using the Internet, world wide web, or any other domain name to advertise, promote, or sell items bearing the trademarks, trade names, and the Copyrights of Plaintiffs, or any confusingly similar mark such as the names, marks, and/or trade dress relating to the trademarks, trade names, and the Copyrights of Plaintiffs or any colorable imitations thereof.

## **MONETARY JUDGMENT**

Defendant shall be liable to Plaintiffs for the monetary judgment of Four Thousand Dollars ($4,000.00), which shall be payable and delivered to "Gareeb Pham, LLP" within 5 business days from the mutual execution of the Judgment.

Except as set forth in any separate written agreement between the parties, each party shall bear its own costs, expenses, disbursements and attorneys' fees incurred to date.

The Central District of California shall reserve and retain jurisdiction as to any and all disputes arising out of this Consent Judgment and Permanent Injunction by and between Plaintiffs and Defendant.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: September 16, 2008         By: _____

                                       Honorable Otis D. Wright, II

Approved as to form, substance, and content:

**Dated: September 16, 2008**          **GAREEB | PHAM, LLP**

                                       By: _____
                                       CHRISTOPHER Q. PHAM, ESQ.
                                       Attorney for Plaintiffs
                                       GURU DENIM, INC.

**DATED: September 16, 2008**          **LAW OFFICES OF**
                                       **KENNETH I. GROSS & ASSOC.**


                                       By: _____
                                       KENNETH I. GROSS, ESQ.
                                       THOMAS SHAMBAUGH, ESQ.
                                       Attorneys for Defendant
                                       BEN PIKE

CONSENT JUDGMENT AND PERMANENT INJUNCTION